**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
## *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **US HF CELLULAR COMMUNICATIONS, LLC,** *et al.*, | : | |
| | : | |
| | : | **Case No. 2:17-cv-261** |
| **Plaintiffs,** | : | |
| | : | **JUDGE ALGENON L. MARBLEY** |
| **v.** | : | |
| | : | **Magistrate Judge Deavers** |
| **SCOTTSDALE INSURANCE COMPANY,** | : | |
| | : | |
| **Defendant.** | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the June 12, 2018 Opinion and Order, the Court **GRANTED** Defendant Scottsdale Insurance Company's Motion for Summary Judgment. This case is **DISMISSED.**

**Date:  June 12, 2018**          **Richard W. Nagel, Clerk**

s/Betty L. Clark
Betty L. Clark/Deputy Clerk